| | |
|---|---|
| JULIA HARUMI MASS, SBN 189649<br>MICHAEL T. RISHER, SBN 191627<br>WILLIAM S. FREEMAN, SBN 82002<br>NOVELLA Y. COLEMAN, SBN 281632<br>CHRISTINE P. SUN, SBN 218701<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437<br>Email: jmass@aclunc.org<br><br>Attorneys For Plaintiffs<br>Hadil Al-Mowafak, Wasim Ghaleb And John Doe, On Behalf Of Themselves And Others Similarly Situated; ACLU Of Northern California; Jewish Family & Community Services East Bay | KEKER & VAN NEST LLP<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@kvn.com<br>JAY RAPAPORT - # 281964<br>jrapaport@kvn.com<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>Attorneys For Plaintiffs<br>Hadil Al-Mowafak, Wasim Ghaleb And John Doe, On Behalf Of Themselves And Others Similarly Situated; ACLU Of Northern California; Jewish Family & Community Services East Bay |

**SEE NEXT PAGE FOR ADDITIONAL COUNSEL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hadil Al-Mowafak, Wasim Ghaleb and John Doe, on behalf of themselves and others similarly situated; ACLU of Northern California; Jewish Family & Community Services East Bay,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Donald Trump, President of the United States; U.S. Department of State; U.S. Department of Homeland Security; U.S. Customs and Border Protection; Rex W. Tillerson, Secretary of State; John Kelly, Secretary of U.S. Department of Homeland Security; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Patrol; Carrie Azurin, Field Director, San Francisco Field Office of U.S. Customs and Border Patrol,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00557<br><br>**DECLARATION OF JOHN DOE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**<br><br>Date Filed:  February 2, 2017<br><br>Trial Date: |

AHILAN T. ARULANANTHAM, SBN 237841
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297
Email: aarulanantham@aclu-sc.org

BARDIS VAKILI, SBN 247783
DAVID LOY, SBN 229235
ACLU FOUNDATION OF SAN DIEGO
AND IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 232-2121
Facsimile: (619) 232-0036
Email: bvakili@aclusandiego.org

ANDRE SEGURA, SBN 247681
OMAR C. JADWAT*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS
PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654
Email: asegura@aclu.org

CECILLIA D. WANG, SBN 187782
JENNIFER CHANG NEWELL, SBN 233033
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS
PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (212) 395-0950
Email: cwang@aclu.org

*Pro Hac Vice Forthcoming

I, JOHN DOE, declare and state:

1. I am in a Plaintiff in this action. The information in this declaration is based upon my personal knowledge and if called upon to testify, I could and would competently testify thereto.

2. I reside in Albany, California, and am over the age of 18.

3. I am an Iranian national and am currently a Ph.D candidate at University of California, Berkeley.

4. I possess a valid F-1 visa and have applied for Optional Practical Training (OPT), which would allow me to continue to live and work in the United States for at least another year, and which is renewable for another two years for STEM (Science, Technology, Engineering, Math) students.

5. I currently have a job offer, which I have accepted, to be a product development position at a top Fortune 50 Company in Silicon Valley. For me, working in Silicon Valley is my dream come true and what I have worked for my entire life. Silicon Valley is the home of the most impactful companies in the world, affecting the lives of billions of people worldwide. I chose to study and work in Silicon Valley and the United States because the scale and quality of research and professional opportunities as an engineer are unparalleled in the world.

6. I am fearful that I will be retaliated against by the Defendants or by the United States Customs and Immigration Services (USCIS) if my real name is made public.

7. Specifically, I am fearful that my visa status and/or my application for OPT and renewal will be significantly delayed or indefinitely put on hold in retaliation for participating in this lawsuit. I know of several friends and colleagues who are politically active Muslim students and Iranian nationals who have experienced significant and unexplained delays in the processing of immigration benefits by USCIS. Because USCIS does not have to provide a reason as to why one's application is delayed, I am fearful that by participating in this lawsuit, my application will suffer similar consequences, and therefore, I will not be able to start my job in Silicon Valley.

8. This fear of retaliation also comes from the anti-Muslim rhetoric and actions of President Trump. During the campaign, I did not take seriously his calls for a "Muslim ban" and a

"values test" because even as a non-lawyer, it seemed so unconstitutional. But since the Executive Order was released, I have not been able to sleep because I fear that I will be discriminated against by the U.S. government because of anti-Muslim bias.

9. For the above reasons, I am asking to proceed in this case as "John Doe."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 2d day of February, 2017 at San Francisco, California.

_____
JOHN DOE