UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE 1, JANE ROE 2, JOHN DOE 1, and JOHN DOE 2, on behalf of themselves and others similarly situated, and JEWISH FAMILY AND COMMUNITY SERVICES EAST BAY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD TRUMP, et al.,<br><br>　　　　　Defendants. | Case No.　3:17-cv-00557-WHO<br><br>**ORDER STAYING CASE AND VACATING HEARING** |

On December 23, 2017, the Honorable James L. Robart of the Western District of Washington enjoined on a nationwide basis certain aspects of Executive Order No. 13,815 ("EO-4"), § 3(a), 82 Fed. Reg. 50,055 (Oct. 27, 2017), and its accompanying Memorandum. *See JOHN DOE, et al., Plaintiffs, v. DONALD TRUMP, et al., Defendants. JEWISH FAMILY SERVICES, et al., Plaintiffs*, 2017 WL 6551491 (W.D. Wash. Dec. 23, 2017).  As a result, plaintiffs here concede that they "do not currently face irreparable injury from EO-4 and the accompanying Memorandum." Reply ISO Pls.' Mot. for Prelim. Injunction at 1 (Dkt. No. 90[under seal]).  Given this concession and the current nationwide injunction, it makes little sense to consider plaintiffs' motion for a preliminary injunction at this time.  Accordingly, the hearing set for January 17, 2018 is VACATED and this matter is STAYED.  Either side may seek to lift the stay and reset the hearing if changed circumstances warrant such action.

**IT IS SO ORDERED.**

Dated: January 8, 2018



William H. Orrick
United States District Judge