AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
JULIA HARUMI MASS - #189649
jmass@aclunc.org
WILLIAM S. FREEMAN - #82002
wfreeman@aclunc.org
CHRISTINE P. SUN - #218701
csun@aclunc.org
VASUDHA TALLA - #316219
vtalla@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone:      415 621 2493
Facsimile:      415 255 8437

Attorneys for Plaintiffs

KEKER, VAN NEST & PETERS LLP
R. ADAM LAURIDSEN - #243780
alauridsen@keker.com
JAY RAPAPORT - #281964
jrapaport@keker.com
BAILEY W. HEAPS - #295870
bheaps@keker.com
NEHA MEHTA - #298771
nmehta@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:      415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiffs

**SEE NEXT PAGE FOR ADDITIONAL COUNSEL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE 1, JANE ROE 2, JOHN DOE 1, and JOHN DOE 2, on behalf of themselves and others similarly situated, and JEWISH FAMILY AND COMMUNITY SERVICES EAST BAY,<br><br>PLAINTIFFS,<br><br>v.<br><br>DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF STATE; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; REX W. TILLERSON, Secretary of State; KIRSTJEN NIELSEN, Secretary of Homeland Security; KEVIN MCALEENAN, Acting Commissioner of U.S. Customs and Border Protection; BRIAN HUMPHREY, Field Director, San Francisco Field Office of U.S. Customs and Border Protection; and DANIEL COATS, Director of National Intelligence,<br><br>DEFENDANTS. | Case No. 3:17-cv-00557-WHO<br><br>**STIPULATED REQUEST AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:      August 28, 2018<br>Time:      2:00 p.m.<br>Dept:      Courtroom 2, 17th Floor<br>Judge:     Hon. William H. Orrick<br><br>Date Filed:  February 2, 2017<br><br>Trial Date:  None Set |

1294042

AHILAN T. ARULANANTHAM - #237841
MOHAMMAD TAJSAR - #280152 (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297
Email: aarulanantham@aclu-sc.org

BARDIS VAKILI - #247783
DAVID LOY - #229235
ACLU FOUNDATION OF SAN DIEGO
AND IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 232-2121
Facsimile: (619) 232-0036
Email: bvakili@aclusandiego.org


OMAR C. JADWAT (*pro hac vice*)
SPENCER C. AMDUR (*pro hac vice*)
CODY H. WOFSY - #294179
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS
PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654
Email: asegura@aclu.org

CECILLIA D. WANG - #187782
JENNIFER CHANG NEWELL - #233033
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (212) 395-0950
Email: cwang@aclu.org

1294042

**STIPULATED REQUEST**

Plaintiffs and Defendants, by and through their respective counsel, stipulate and jointly request a continuance of the scheduled Case Management Conference, as follows:

1.      On December 8, 2017, Plaintiffs filed a Second Amended Class Action Complaint for Declaratory and Injunctive Relief and a Motion for a Preliminary Injunction;

2.      On December 22, 2017, Defendants filed an Opposition to Plaintiffs' Motion for a Preliminary Injunction;

3.      On December 29, 2017, Plaintiffs filed a Reply in further support of their Motion for a Preliminary Injunction;

4.      On January 8, 2018, the Court vacated the hearing set for Plaintiffs' Motion for a Preliminary Injunction and stayed this matter in light of a preliminary injunction issued by the Honorable James R. Robart of the Western District of Washington in *Doe v. Trump*, 2017 WL 6551491 (W.D. Wash. Dec. 23, 2017).

5.      The Court has scheduled a Case Management Conference for August 28, 2018, with the Joint Case Management Statement due by August 21, 2018.

6.      Because of previously scheduled conflicts of counsel, and Plaintiffs' need for additional time to confer internally, the parties jointly request continuance of the Case Management Conference to September 25, 2018, or as soon thereafter as is convenient for the Court, with the Joint Case Management Statement due by September 18, 2018;

7.      No prior extensions of time have been requested or granted.

///

///

///

///

///

///

///

///

1

1294042

1    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants

2    to request continuance of the Case Management Conference from August 28, 2018 to

3    September 25, 2018 at 2:00 p.m.

4        IT IS SO STIPULATED.

5

6    Dated:  August 20, 2018                    KEKER, VAN NEST & PETERS LLP

7

8                                    By:    */s/ R. Adam Lauridsen*
                                            R. ADAM LAURIDSEN
9                                           JAY RAPAPORT
                                            BAILEY W. HEAPS
10                                          NEHA MEHTA

11                                          Attorneys for Plaintiffs

12   Dated:  August 20, 2018                    U.S. DEPARTMENT OF JUSTICE
                                            CHAD A. READLER
13                                          Deputy Assistant Attorney General
                                            JENNIFER D. RICKETTS
14                                          Director, Federal Programs Branch
                                            JOHN R. TYLER
15                                          Assistant Director, Federal Programs Branch

16

17

18                                  By:    */s/ Michelle R. Bennett*
                                            MICHELLE R. BENNETT (CO Bar No. 37050)
                                            BRAD P. ROSENBERG (DC Bar No. 467513)
19
                                            Attorneys for Defendants
20

21       PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23

24   DATED:  August 21, 2018          _____
                                            District Judge William H. Orrick

25

26

27

28

2

STIPULATED REQUEST AND ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. 3:17-cv-00557-WHO

1294042