JOSEPH H. HUNT
Assistant Attorney General
JENNIFER D. RICKETTS
Director, Federal Programs Branch
JOHN R. TYLER
Assistant Director
MICHELLE R. BENNETT (CO Bar No. 37050)
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8902
Facsimile: (202) 616-8470
E-mail: michelle.bennett@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE 1, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DONALD TRUMP, PRESIDENT OF THE UNITED STATES, *et al.*,<br><br>                    Defendants. | No. 3:17-cv-00557-WHO<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY OF ALL PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS** |

*Jane Roe 1, et al. v. Trump, et al.,* **No. 3:17-cv-00557-WHO**
**Stipulation & Order Regarding**
**Defendants' Administrative Motion For**
**A Stay Of All Proceedings In Light of Lapse of Appropriations**

1    Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate as

2    follows:

3    1.    The Court has scheduled a Case Management Conference for January 29, 2019,

4    with the Joint Case Management Statement due by January 22, 2019.

5    2.    Defendants have filed a motion, pursuant to Civil Local Rule 7-11, to stay all

6    proceedings in the above-captioned case in light of the lapse of appropriations to the U.S.

7    Department of Justice and several other Executive agencies, including the Department of State

8    and the Department of Homeland Security.

9    3.    Plaintiffs consent to the relief requested in the motion.

10    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants

11    that this case shall be stayed until Congress has restored appropriations to the Department of

12    Justice; the January 29, 2019 Case Management Conference and the January 22, 2019 deadline

13    for the parties to file a Joint Case Management Statement are postponed; and counsel for

14    Defendants shall notify the Court as soon as Congress has appropriated funds for the Department

15    of Justice, at which point all current deadlines for the parties will be extended or reset

16    commensurate with the duration of the lapse in appropriations.

17    IT IS SO STIPULATED.

18

19    Dated: January 22, 2019                    */s/ Jay Rapaport*
                                                  R. ADAM LAURIDSEN
20                                                JAY RAPAPORT
                                                  BAILEY W. HEAPS
21                                                NEHA MEHTA

22                                                *Attorneys for Plaintiffs*
23

24    Dated: January 22, 2019                    JOSEPH H. HUNT
25                                                Assistant Attorney General

26                                                JENNIFER D. RICKETTS
27                                                Director, Federal Programs Branch

28

*Jane Roe 1, et al. v. Trump, et al.*, No. 3:17-cv-00557-WHO
**Stipulation & Order Regarding**
**Defendants' Administrative Motion For**
**A Stay Of All Proceedings In Light of Lapse of Appropriations**

JOHN R. TYLER
Assistant Director

*/s/ Michelle R. Bennett*
MICHELLE R. BENNETT (CO Bar No. 37050)
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED as modified:  The Case

Management Conference is scheduled for March 12, 2019 at 2:00 p.m.

Dated:January 22, 2019

District Judge William H. Orrick

*Jane Roe 1, et al. v. Trump, et al.,* No. 3:17-cv-00557-WHO
**Stipulation & Order Regarding
Defendants' Administrative Motion For
A Stay Of All Proceedings In Light of Lapse of Appropriations**

1
2
**ATTESTATION**

3        Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document

4   concur in its filing.

5
6   Dated: January 22, 2019                                    _____*/s/ Michelle R. Bennett*_____

                                                               MICHELLE R. BENNETT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Jane Roe 1, et al. v. Trump, et al.*, No. 3:17-cv-00557-WHO
**Stipulation & Order Regarding**
**Defendants' Administrative Motion For**
**A Stay Of All Proceedings In Light of Lapse of Appropriations**